Att: Texas Department of Criminal Justice
Office of the inspector general
P.D. Box 4003, Huntsville, Texas 77342

Now, comes SHAHZADA BiLAwal, 02129673. Introucing such legal material to your office before. I file a 28+2255 in (federal Courts) challenging constitutionality of prison disciplinary hearing. The so much corruption you all got going within the Texas System of prisons. Under:

wadsworth v. Johnson 235 f.3d 959 (5th Cir. 2000) State Prisoner sought habeas Corpus relief. Challenging constitutionality of prison disciplinary hearing that led to various punishments hodu including loss of goodtime Credit.

While incarcelated at the (wynne Unit) which is located within the jurisdiction of the United States district of Texas, wadsworth was disciplined for possessing a (Large quality of tobacco) products. As punishment wadsworth recieved 30 days recreation, restriction 30 days Commissary restriction and 30 days cell restriction. His custody classification was reduce from S.3 to L1: And he lost 365 days of goodtime Credit.

wadsworth sought habeas Corpus relief under 28 + U.S.C. + 2254 in the United States District court for the Southern District of Texas. wadsworth challenged the Constitutionality disciplinary hearing alleging.

(Continue)

That the following infirmities Occured: * (1) The disciplinary charge was (not) prosecuted within the time allowed. By the prisons Administration rules: * (2.) There was (no evidence) presented at the disciplinary hearing to (support) the charge.* (3.) He was (denied) the opportunity to confront or to question his accuser: *(4) The hearing officer failed to ~~recuse~~ recuses himself even though he was involved in the initial investigation of the alleged offense:* (5.) The charging instrument and *(6) The hearing officer (altered) the audio-taped record of the hearing. At the time of his application wadsworth was incarcerated in the (Hughes Unit). which is located, within the jurisdiction of the United States district court for the * (Western District) court for the (Western District) of Texas.

So, apprentally this ain't going to be the (first time) these happens in the (western district). you look into this Corruption at the (Lynaugh Unit) within a time frame or I'm proceeding to the (Federal Courts). Thank you.

Sincerly,

Conclusion: I believe you can ask, for a (copy) of such (Grievance form) NO: 2019142893, Dated: June 24, 2019 (Grievance code) 410 (Investigator ID) I2229 (Date field to offender) June 28, 2019

* It's been 4 months and I never heard from my (Step-II)